Brenda C. MONTGOMERY, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 05–3110.

United States Court of Appeals,
Federal Circuit.

March 15, 2005.

ORDER

Order Vacated, See 126 Fed.Appx. 961.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Mark G. COLLINS, Plaintiff–Appellee,

v.

**Andrew J. PLATTS and Name Beads International, LLC, Defendants–Appellants.**

No. 04–1595.

United States Court of Appeals,
Federal Circuit.

March 15, 2005.

*ORDER*

Andrew J. Platts et al. (Platts) move without opposition to voluntarily dismiss their appeal of the September 14, 2004 order of the United States District Court for the Eastern District of Missouri in *Collins v. Platts*, No. 02–CV–00886 (E.D.Mo. Sept. 14, 2004).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.*

(2) Each side shall bear its own costs.

---

* We note that Platts requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice. 04–1595